# EXHBIT
# 2

Tweets >
Following >
Followers >
Favorites >
Lists >

## Follow Fake Uli Behringer

Full name
Email
Password

Sign up

### Worldwide Trends - Change

#RIPTitoVilanova
#hastasiempretito
#WeAreReadyForTheWWAT
#AprendiQue
#SyachrilLoveNabilahJKT48
Happy World Penguin Day
The Novosibirsk Room
Тито Виланова
50 for McCullum
Chris Cox

© 2014 Twitter  About  Help  Terms  Privacy
Cookies  Ads info  Brand  Blog  Status  Apps
Jobs  Advertise  Businesses  Media
Developers  Directory

## Fake Uli Behringer
@fakeuli
All of your designs are now mine!
All up in your R&D

| TWEETS | FOLLOWING | FOLLOWERS |
|--------|-----------|-----------|
| 24 | 110 | 36 |

+ Follow

## Tweets


**Fake Uli Behringer** @fakeuli · 10 Jun 2010
Do you like my new profile pic? It is hard work being this much of a stereotype.
Expand    ← Reply  ↿ Retweet  ★ Favorite  ••• More


**Fake Uli Behringer** @fakeuli · 9 Jun 2010
BP buying search terms gives me an idea... @BEHRINGER, contact Google and purchase "douche bag" immediately!
Expand    ← Reply  ↿ Retweet  ★ Favorite  ••• More


**Fake Uli Behringer** @fakeuli · 2 Apr 2010
@AmpegUSA I don't know why @camd2572 would do such a thing. They will never again have that trademark buzz everyone is looking for.
💬 View conversation    ← Reply  ↿ Retweet  ★ Favorite  ••• More


**Fake Uli Behringer** @fakeuli · 27 Mar 2010
@shent the @BEHRINGER DJX 750 is so much better because we designed it to start breaking in 6 months rather than 3.
💬 View conversation    ← Reply  ↿ Retweet  ★ Favorite  ••• More


**Fake Uli Behringer** @fakeuli · 26 Mar 2010
At Musikmesse. Had some products nominated for awards. Spent most of the day walking through the @mackiegear booth and passing gas.
Expand    ← Reply  ↿ Retweet  ★ Favorite  ••• More


**Fake Uli Behringer** @fakeuli · 26 Mar 2010
@shent Good question. Thanks for asking. Yes, they are veerrrrrrry different. Why else would we make 2 models?
💬 View conversation    ← Reply  ↿ Retweet  ★ Favorite  ••• More

**Fake Uli Behringer** @fakeuli · 25 Mar 2010
@skratchworx of course. Musikmesse is where @BEHRINGER gets all it's "inspiration" for "new" products.
💬 View conversation    ← Reply  ↿ Retweet  ★ Favorite  ••• More


**Fake Uli Behringer** @fakeuli · 25 Mar 2010
Instead of "Bulletproof", BEHRINGER was going to make an ad called "Slap A Bitch", but the actors kept slapping me.
Expand    ← Reply  ↿ Retweet  ★ Favorite  ••• More



**Fake Uli Behringer** @fakeuli · 25 Mar 2010
We here at @BEHRINGER are all about 1 thing...domestic violence and misogyny. Wait, that's 2 things. http://www.bit.ly/alqO71

**Fake Uli Behringer** @fakeuli · 25 Mar 2010
Last night, I was letting The Tone King rub oil on my thighs, and I had a thought: @BUGERA_AMPS really do suck.

**Fake Uli Behringer** @fakeuli · 24 Mar 2010
http://twitpic.com/1aqdmx - Working on some new promo stuff for @BEHRINGER's website. What do you think?

**Fake Uli Behringer** @fakeuli · 24 Mar 2010
When I wake up surrounded by prostitutes, I have to take a moment to figure out whether I'm at home or at @BEHRINGER. #eitherwayisgood

**Fake Uli Behringer** @fakeuli · 23 Mar 2010
What's the most used piece of equipment at @BEHRINGER?Give up? The copier. Ha ha. Uli funny. #laughoryourefired.

**Fake Uli Behringer** @fakeuli · 20 Mar 2010
Just finished spying on my @BEHRINGER employees' email accounts. The consensus is that I'm still a douche bag.

**Fake Uli Behringer** @fakeuli · 10 Mar 2010
@alex_williams WTF do you mean WTF is wrong with me? Your disrespect will not be tolerated.

**Fake Uli Behringer** @fakeuli · 9 Mar 2010
Why do my employees at @BEHRINGER always laugh when I compare myself to Steve Jobs? It's hard being an innovative genius.

**Fake Uli Behringer** @fakeuli · 6 Mar 2010
RT @nburmandesign RT @mikeconaty: RT @BEHRINGER is hiring a web developer! http://bit.ly/dglWnv // whose site do they want you to rip off?

**Fake Uli Behringer** @fakeuli · 5 Mar 2010
Getting pissed that @BEHRINGER isn't following me. They know I don't tolerate insolence. Just ask Michael Deeb. BTW, I'm looking for a CEO.

**Fake Uli Behringer** @fakeuli · 4 Mar 2010
@inmemoryofthom "constructed better"? The Pan Tremolo is built like a German Panzer tank!...only made of cheap plastic with a crappy switch.

**Fake Uli Behringer** @fakeuli · 4 Mar 2010
@Alesis Your PalmTrack looks nice, but not as nice as the BEHRINGER HJ1000 http://twitpic.com/16mt9l

Have an account? Sign in