# EXHBIT
# 3

| | |
|---|---|
| **From:** | LEGA Mana GLOB (Legal Management: VILLEGAS Christine, ext 1239) |
| **Sent:** | Wednesday, April 23, 2014 9:25 PM |
| **To:** | Twitter Support |
| **Cc:** | LEGA GLOB (Legal: VILLEGAS Christine, ext 1239) |
| **Subject:** | RE: Case# 01211435: Impersonation (reported by representative) - NotUliBehringer - ref:00DA0000000K0A8.500G000000MRBzE:ref |

This is a follow-up complaint.

The @NotUliBehringer Account that was suspended yesterday was restored in just 24 hours but it still bears the profile photo of the real Uli Behringer account and is a clear copyright infringement.

This unauthorized use of a copyrighted image as an profile photo is aiding this anonymous user in its copyright violation. It is hiding in the anonymity provided by Twitter in order to engage in activities that he or she may be legally held liable for which van be easily pursued if only his or her identity is revealed.

Please respond immediately.

Kind regards,

VILLEGAS Christine
Senior Manager, Legal
MUSIC Group Macao Commercial Offshore Limited (Philippines) ROHQ
Tel: +63 2 9028200 ext 1239
Email: LEGAManaGLOB@music-group.com
Web: www.music-group.com | www.midasconsoles.com | www.klarkteknik.com | www.turbosound.com | www.behringer.com | www.bugera-amps.com

This email is intended exclusively for the addressee(s) named above and may contain privileged and confidential information. If you are not (among) the intended recipient(s), you may not copy, utilize or distribute any of the information contained herein. If you have received this email in error, please notify us immediately via return email and delete the original from your mailbox. Thank you.

**From:** Twitter Support [support@twitter.com]
**Sent:** Tuesday, April 22, 2014 8:55 PM
**To:** LEGA GLOB (Legal: VILLEGAS Christine, ext 1239)
**Subject:** Case# 01211435: Impersonation (reported by representative) - NotUliBehringer - ref:00DA0000000K0A8.500G000000MRBzE:ref

Hello,

Thank you for bringing this to our attention. Twitter users are allowed to create parody, newsfeed, commentary, and fan accounts, as outlined in our policy for such accounts (http://support.twitter.com/articles/106373).

In response to your complaint, we are suspending the account and notifying the user with instructions on how to comply with our policy. Once the user has agreed to cooperate, we may restore the account so they can make necessary changes. Please allow 72 business hours from the receipt of this email for the user to make these changes. After 72 hours have passed, you can reply to this email if you would like to file a follow-up complaint about the account. Note that Twitter will not proactively monitor the account, but will respond to all valid follow-up complaints.

Thanks,
Twitter Trust & Safety


System Reference: ref:00DA0000000K0A8.500G000000MRBzE:ref

Twitter, Inc. 1355 Market st. Suite 900 San Francisco, CA 94103