# EXHBIT

# 4

**GREGORIO Olive**

| | |
|---|---|
| **From:** | Twitter Support <support@twitter.com> |
| **Sent:** | Wednesday, April 23, 2014 9:40 PM |
| **To:** | LEGA GLOB (Legal: VILLEGAS Christine, ext 1239) |
| **Subject:** | Case# 01211435: Impersonation (reported by representative) - NotUliBehringer - ref:00DA0000000K0A8.500G000000MRBzE:ref |



Hello,
Our team has investigated the account and determined that it is not in violation of Twitter's impersonation or trademark policy. As a result, it will not be suspended at this time.
Parody, newsfeed, commentary, and fan accounts are permitted on Twitter so long as they are in compliance with our policy for such accounts (http://support.twitter.com/articles/106373).
Twitter tries not to intervene in disputes involving our users, who are solely responsible for the content that they create. We encourage you to contact the user directly by @reply, direct message, or any of the other contact information provided via the user's "Bio" or URL to resolve this dispute.
If you are making an allegation of copyright infringement (please note that in most instances, the subject of a photograph is not the copyright owner), our copyright page has more information about the proper process for requesting removal: http://support.twitter.com/articles/15795
Thanks,
Twitter Trust & Safety


System Reference: ref:00DA0000000K0A8.500G000000MRBzE:ref

