IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MUSIC Group Macao Commercial Offshore Limited, a Macao entity, and MUSIC Group Services US, Inc., a Washington Corporation<br><br>Plaintiffs,<br><br>v.<br><br>John Does I-IX<br><br>Defendants. | Civil Action No. 14cv621- RSM<br><br>Corporate Disclosure –<br>MUSIC Group Macao Commercial Offshore Limited |

Under Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff states as follows:

1. Plaintiff MUSIC Group Macao Commercial Offshore Limited is owned by MUSIC Group Commercial HK Limited.

2. There is no publicly held company that owns 10% or more of the stock of Plaintiff MUSIC Group Macao Commercial Offshore Limited

DATED this 5th day of May, 2014,

Respectfully submitted,

SEED IP Law Group PLLC

s/E. Russell Tarleton
E. Russell Tarleton, WSBA 17,006

Corporate Disclosure –
MUSIC Group Services US, Inc.
(14cv621-RSM)
..................................................................1

SEED INTELLECTUAL PROPERTY LAW GROUP PLLC
701 FIFTH AVENUE, SUITE 5400
SEATTLE, WASHINGTON 98104-7092
(206) 622-4900

| | |
|---|---|
| 1 | |
| 2 | s/Timothy L. Boller<br>Timothy L. Boller, WSBA 29,079 |
| 3 | |
| 4 | 701 Fifth Avenue, Suite 5400<br>Seattle, Washington 98104-7092<br>Telephone:  (206) 622-4900 |
| 5 | |
| 6 | Attorneys for Plaintiffs<br>MUSIC Group Macao Commercial Offshore |
| 7 | Limited, and MUSIC Group Services US, Inc. |
| 8 | 3129181_1.DOCX |

Corporate Disclosure –
MUSIC Group Services US, Inc.
(14cv621-RSM)
..................................................................2

SEED INTELLECTUAL PROPERTY LAW GROUP PLLC
701 FIFTH AVENUE, SUITE 5400
SEATTLE, WASHINGTON 98104-7092
(206) 622-4900