IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MUSIC Group Macao Commercial Offshore Limited, a Macao entity, and MUSIC Group Services US, Inc., a Washington Corporation<br><br>Plaintiffs,<br><br>v.<br><br>John Does I-IX<br><br>Defendants. | Civil Action No. 14cv621- RSM<br><br>Corporate Disclosure –<br>MUSIC Group Services US, Inc. |

Under Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff states as follows:

1. Plaintiff MUSIC Group Service US, Inc. is owned by MUSIC Group Commercial LU Sarl.

2. There is no publicly held company that owns 10% or more of the stock of Plaintiff MUSIC Group Services US, Inc.

DATED this 5th day of May, 2014,

Respectfully submitted,

SEED IP Law Group PLLC

s/E. Russell Tarleton
E. Russell Tarleton, WSBA 17,006

Corporate Disclosure –
MUSIC Group Services US, Inc.
(14cv621-RSM)
......................................................1

SEED INTELLECTUAL PROPERTY LAW GROUP PLLC
701 FIFTH AVENUE, SUITE 5400
SEATTLE, WASHINGTON 98104-7092
(206) 622-4900

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

s/Timothy L. Boller
Timothy L. Boller, WSBA 29,079

701 Fifth Avenue, Suite 5400
Seattle, Washington 98104-7092
Telephone:  (206) 622-4900

Attorneys for Plaintiffs
MUSIC Group Macao Commercial Offshore Limited, and MUSIC Group Services US, Inc.

3129161_1.docx

Corporate Disclosure –
MUSIC Group Services US, Inc.
(14cv621-RSM)
................................................................2