IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MUSIC Group Macao Commercial Offshore Limited, a Macao entity, and MUSIC Group Services US, Inc., a Washington Corporation<br><br>Plaintiffs,<br><br>v.<br><br>John Does I-IX<br><br>Defendants. | Civil Action No. 14cv621- RSM<br><br>MOTION FOR EXPEDITED DISCOVERY<br><br>**NOTING DATE: June 13, 2014** |

NOW COMES Plaintiffs, MUSIC Group Macao Commercial Offshore Limited and MUSIC Group Services US, Inc. (collectively "MUSIC Group"), by and through their attorneys, Seed IP Law Group PLLC, and for its Motion for Expedited Discovery, pursuant to Fed. R. Civ. P. 26 and 45, states as follows:

1. Plaintiffs, MUSIC Group, filed this action for cyber fraud and abuse pursuant to The Computer Fraud and Abuse Act, 18 U.S.C.A. § 1030; cyberpiracy pursuant to Section 43(d) of the Lanham Trademark Act, 15 U.S.C.A. § 1125(d); trademark infringement, trade name infringement and false designation of origin pursuant to Section 43(a) of the Lanham Trademark Act, 15 U.S.C.A. § 1125(a); for unfair competition under Federal and Washington

MOTION FOR EXPEDITED DISCOVERY
(14cv621- RSM)
....................................................................1

SEED INTELLECTUAL PROPERTY LAW GROUP PLLC
701 FIFTH AVENUE, SUITE 5400
SEATTLE, WASHINGTON  98104-7092
(206) 622-4900

common law; for intentional interference with contractual and business relations; and for defamation.

2.  In order to obtain the identity of the John Doe Defendants, Plaintiffs require immediate discovery on a third party, Twitter, Inc., ("Twitter") a global Internet media company, with its principal place of business located at 164 South Park, San Francisco, CA 94107..

3.  As alleged in the Complaint (¶ 2), Defendants John Doe are unknown defendants who have posted and continue to post false and defamatory statements on the web site "Twitter," found at http://twitter.com, under the assumed names "NotUliBehringer" and "Fake Uli Behringer."  The true name or names of Defendants John Does, aka "NotUliBehringer" and "Fake Uli Behringer," are unknown to Plaintiffs, but readily available to Twitter.

4.  The Twitter account https://twitter.com/NotUliBehringer on Twitter under the assumed name "NotUliBehringer," and its postings on or near March 13, 2014, and continually to and including April 24, 2014, as alleged in the complaint, are specific enough to permit identification of the unknown party through reasonable discovery.

5.  The Twitter account https://twitter.com/fakeuli on Twitter under the assumed name "Fake Uli Behringer" and its postings on or near March 3-6, 2010, March 9, 2010, March 10, 2010, March 23-27, 2010,  April 2, 2010, June 9, 2010, and June 10, 2010, as alleged in the complaint, are specific enough to permit identification of the unknown party through reasonable discovery.

6.  Plaintiffs intend to serve a Rule 45 subpoena on Twitter seeking Defendants John Does' true names, addresses, telephone numbers, and e-mail addresses.  Without this information, Plaintiffs cannot identify the Doe Defendants or pursue its lawsuit to protect Plaintiffs' rights from infringement, to prevent relevant customers from being confused, mistaken, or deceived, or to protect Plaintiffs' goodwill and reputation from being harmed.

MOTION FOR EXPEDITED DISCOVERY
(14cv621- RSM)
..................................................................2

SEED INTELLECTUAL PROPERTY LAW GROUP PLLC
701 FIFTH AVENUE, SUITE 5400
SEATTLE, WASHINGTON  98104-7092
(206) 622-4900

1    7. Good cause exists to allow Plaintiffs to conduct this limited discovery in advance of the Rule 26(f) conference where there are no known defendants with whom to confer.

WHEREFORE, for the reasons stated herein and in the attached Brief in Support, Plaintiffs move the Court to issue an Order permitting Plaintiffs to conduct the foregoing requested discovery immediately.

DATED this 29th day of May, 2014,

        Respectfully submitted,

        SEED IP Law Group PLLC

        s/E. Russell Tarleton
        E. Russell Tarleton, WSBA 17,006

        s/Timothy L. Boller
        Timothy L. Boller, WSBA 29,079

        701 Fifth Avenue, Suite 5400
        Seattle, Washington 98104-7092
        Telephone: (206) 622-4900

        Attorneys for Plaintiffs
        MUSIC Group Macao Commercial Offshore Limited, and MUSIC Group Services US, Inc.

3205989_1.DOCX

MOTION FOR EXPEDITED DISCOVERY
(14cv621- RSM)
..................................................................3

SEED INTELLECTUAL PROPERTY LAW GROUP PLLC
701 FIFTH AVENUE, SUITE 5400
SEATTLE, WASHINGTON 98104-7092
(206) 622-4900