IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MUSIC Group Macao Commercial Offshore Limited, a Macao entity, and MUSIC Group Services US, Inc., a Washington Corporation<br><br>Plaintiffs,<br><br>v.<br><br>John Does I-IX<br><br>Defendants. | ) Civil Action No. 14-cv-621-RSM<br>)<br>)<br>) DECLARATION OF ANNE CALICO<br>) IN SUPPORT OF PLAINTIFFS'<br>) MOTION FOR EXPEDITED<br>) DISCOVERY<br>)<br>)<br>) |

I, Anne Calico, declare as follows:

1.   My name is Anne Calico. I am a paralegal at Seed IP Law Group PLLC, am over the age of 21, and have personal knowledge of the matters set forth herein. If I am called upon to testify, I could and would testify competently thereto.

2.   Attached hereto as Exhibit 1 is a true and correct copy of tweets posted at https://twitter.com/NotUliBehringer.

3.   Attached hereto as Exhibit 2 is a true and correct copy of tweets posted at https://twitter.com/fakeuli.

4.   Attached hereto as Exhibit 3 is a true and correct copy of Twitter's Guidelines for Law Enforcement as posted on Twitter's website at https://twitter.com.

5.   Attached hereto as Exhibit 4 is a true and correct copy of Twitter's Privacy Policy as posted on Twitter's website at https://twitter.com.

DECLARATION OF ANNE CALICO
(14cv621- RSM)
................................................................. 1

SEED INTELLECTUAL PROPERTY LAW GROUP PLLC
701 FIFTH AVENUE, SUITE 5400
SEATTLE, WASHINGTON 98104-7092
(206) 622-4900

1
2   I declare under penalty of perjury under the laws of the United States of America that
3   the foregoing is true and correct.
4   Executed May 29, 2014, in Seattle, Washington.
5
6
7
8   _____
    Anne Calico
9
10
11
12   3206777_1.docx
13
14
15
16
17
18
19
20
21
22
23
24
25
26

DECLARATION OF ANNE CALICO
(14cv621- RSM)
................................................................ 2