IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MUSIC Group Macao Commercial Offshore Limited, a Macao entity, and MUSIC Group Services US, Inc., a Washington Corporation<br><br>Plaintiffs ,<br><br>v.<br><br>John Does I-IX<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 14-cv-621-RSM

DECLARATION OF ANNE CALICO IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION FOR EXPEDITED DISCOVERY

I, Anne Calico, declare as follows:

1.     My name is Anne Calico.  I am a paralegal at Seed IP Law Group PLLC, am over the age of 21, and have personal knowledge of the matters set forth herein. If I am called upon to testify, I could and would testify competently thereto.

2.     Attached hereto as Exhibit 5 is a true and correct copy of a printout from the BEHRINGER Facebook page printed on June 1, 2014.

3.     Attached hereto as Exhibit 6 is a true and correct copy of Jon Bickle's online resume.

4.     Attached hereto as Exhibit 7 is a true and correct copy of Costa Lakoumentas' online resume.

5.     Attached hereto as Exhibit 8 is a true and correct copy of a blank MUSIC Group Employment Agreement form.

SEED INTELLECTUAL PROPERTY LAW GROUP PLLC
701 FIFTH AVENUE, SUITE 5400
SEATTLE, WASHINGTON  98104-7092
(206) 622-4900

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed June 3, 2014, in Seattle, Washington.

Anne Calico

3216999_1.DOCX

DECLARATION OF ANNE CALICO
(14cv621- RSM)
..................................................................... 2

SEED INTELLECTUAL PROPERTY LAW GROUP PLLC
701 FIFTH AVENUE, SUITE 5400
SEATTLE, WASHINGTON 98104-7092
(206) 622-4900